IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** O'Neil, Hermeine L

Printed: 8/21/07

Case Number: 07 B 09880
Judge: Wedoff, Eugene R

Filed: 6/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: August 15, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | ACC Consumer Finance | Secured | 13,447.78 | 0.00 |
| 3. | Cook County Treasurer | Secured | 4,500.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 21,007.44 | 0.00 |
| 5. | Capital One | Unsecured | 3,905.29 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,288.97 | 0.00 |
| 7. | B-Real LLC | Unsecured | 840.72 | 0.00 |
| 8. | B-Real LLC | Unsecured | 735.13 | 0.00 |
| 9. | Advocate Christ Medical Center | Unsecured |  | No Claim Filed |
| 10. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 11. | Advocate Christ Medical Center | Unsecured |  | No Claim Filed |
| 12. | Sprint PCS | Unsecured |  | No Claim Filed |
| 13. | Advocate Christ Medical Center | Unsecured |  | No Claim Filed |
| 14. | Advocate South Suburban Hosp | Unsecured |  | No Claim Filed |
| 15. | Beneficial | Unsecured |  | No Claim Filed |
| 16. | AT&T | Unsecured |  | No Claim Filed |
| 17. | Black Expressions | Unsecured |  | No Claim Filed |
| 18. | Christ Hospital | Unsecured |  | No Claim Filed |
| 19. | Comcast | Unsecured |  | No Claim Filed |
| 20. | First Financial | Unsecured |  | No Claim Filed |
| 21. | RMCB | Unsecured |  | No Claim Filed |
| 22. | Edward Hospital | Unsecured |  | No Claim Filed |
| 23. | Cook County Treasurer | Unsecured |  | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 25. | Comcast | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** O'Neil, Hermeine L

Printed: 8/21/07

Case Number: 07 B 09880
Judge: Wedoff, Eugene R
Filed: 6/1/07

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Norwest Collectors | Unsecured | | No Claim Filed |
| 27. | TRS Services | Unsecured | | No Claim Filed |
| 28. | Illinois Dept Of Transportation | Unsecured | | No Claim Filed |
| 29. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 30. | IC System Inc | Unsecured | | No Claim Filed |
| 31. | SBC | Unsecured | | No Claim Filed |
| 32. | Midwest Diagnostic Pathology, SC | Unsecured | | No Claim Filed |
| 33. | Midwest Diagnostic Pathology, SC | Unsecured | | No Claim Filed |
| 34. | Nicor Gas | Unsecured | | No Claim Filed |
| 35. | Sprint PCS | Unsecured | | No Claim Filed |
| 36. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 37. | Hollywood Video | Unsecured | | No Claim Filed |
| 38. | Sage Telecon | Unsecured | | No Claim Filed |
| 39. | Village of Justice | Unsecured | | No Claim Filed |
| 40. | State of Illinois | Unsecured | | No Claim Filed |
| 41. | State Farm Insurance Of Illinois | Unsecured | | No Claim Filed |
| 42. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 43. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 44. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 45. | City of Dolton | Unsecured | | No Claim Filed |
| 46. | T-Mobile USA, Inc | Unsecured | | No Claim Filed |
| 47. | US Cellular | Unsecured | | No Claim Filed |
| 48. | Rent Collect | Unsecured | | No Claim Filed |
| 49. | Diversified Consultants | Unsecured | | No Claim Filed |
| 50. | Oaklawn Radiologist | Unsecured | | No Claim Filed |
| 51. | Village of Homewood | Unsecured | | No Claim Filed |
| 52. | Midamerica Cardiovascular Consultants | Unsecured | | No Claim Filed |
| 53. | Village of Justice | Unsecured | | No Claim Filed |
| | | | $ 45,725.33 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate            Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_